UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO: 3:08-CR-129-FDW-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | ORDER |
| MICHAEL STINSON. | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Continue Trial Date and Enlarge Time to File Pre-Trial Motions" filed on March 1, 2009. (Document No. 10). The United States has not filed a response. This motion was referred to the Magistrate Judge and is ripe for review. After Defendant filed this motion, the Court held a docket call several days later on March 3, 2009, and granted the Defendant's oral request to continue the trial date to May 4, 2009. Thus, the Defendant has already been granted this part of the relief he seeks.

In addition, after Defendant filed the present motion, he filed a motion to suppress on March 18, 2009. Such motion is properly before the Court and is set for hearing on April 7, 2009. It thus appears that the Defendant's request for an enlargement of time to file pre-trial motions has also effectively been granted and that the remainder of the present motion is moot.

**IT IS THEREFORE ORDERED** that the Defendant's "Motion to Continue Trial Date and Enlarge Time to File Pre-Trial Motions" (Document No. 10) is **DENIED as moot.**

**IT IS SO ORDERED**.

Signed: March 23, 2009

David C. Keesler
United States Magistrate Judge